In re Philpot, Amos; Philpot, Norris Ray; Picou, Ruby Philpot; Philpot, Obe; Robertson, Geraldine Philpot; Moses, Billie Ruth Philpot; Freeman, Bobbie Joe Philpot; Cline, Shirley Jean Philpot; Philpot, Amos Burtie; — Plaintiffs); applying for writ of cer-tiorari and/or review; to the Court of Appeal, First Circuit, No. CA93 0021; Parish of Livingston, 21st Judicial District Court, Div. “B”, No. 57,980.
Denied.
*1072 ORTIQUE, J., would grant the writ.
DENNIS, J., not on panel.